REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

MAY 28 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case No.: 1:25-CR-32 |
| | ) | Violation: |
| PAIGE NICOLE HEAGY | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

On or about June 22, 2024, in the Northern District of Indiana,

**PAIGE NICOLE HEAGY,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, stating that she was the actual purchaser of the firearm, a Hi-Point CF380 pistol, bearing serial number

P8188636, when she was not because she was purchasing the firearm for another individual;

All in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

/s/ Foreperson
Foreperson

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

/s/ Dawn R. Ransom
By: Dawn R. Ransom
Assistant United States Attorney